Law Offices Of

## BONJOUR, THORMAN, BARAY & BILLINGSLEY
A Professional Corporation
24301 SOUTHLAND DRIVE, SUITE 312
HAYWARD, CALIFORNIA 94545

JULES FREDERICK BONJOUR, JR.
MICHAEL P. THORMAN
CAMELLIA BARAY
DAVID BILLINGSLEY

Telephone
(510) 785-8400
Facsimile
(510) 670-0955

January 18, 2008

Magistrate Judge Brazil
Oakland Federal Courthouse
Courtroom 4, 3rd Floor
1301 Clay Street
Oakland, Ca. 94612

    Re:    US v. Danielle Oliva
              No. CR 07-00006 SBA

Mag. Judge Brazil:

      On January 11, 2008, Ms. Oliva and I appeared in your court to discuss whether Ms. Oliva had violated the terms of her pretrial release by failing to return to Cornell Corrections by the designated check-in time on December 31, 2007.

      Ms. Oliva acknowledged that she was late for check-in on December 31st, but stated that she was asked to work overtime on that date. The Court allowed Ms. Oliva one week to provide proof of her overtime hours. I have attached the letter that Ms. Oliva provided me – this letter has also been provided to Ms. Gibson at US Pretrial Services.

      Ms. Gibson has informed me that she does not believe that this letter is sufficient proof of work hours and is requesting additional documentation from Ms. Oliva. I have communicated this to Ms. Oliva and I have also made a request for additional documentation to Mr. Bozzi (the person who signed the letter verifying Ms. Oliva's hours).

      Ms. Gibson has no objection to continuing this matter for one week. Therefore, I respectfully request that the Court allow Ms. Oliva until January 25, 2008 to provide supplemental proof of the hours that she worked on December 31, 2007.

                                         Sincerely,

                                         BONJOUR, THORMAN
                                         BARAY & BILLINGSLEY

                                         Camellia Baray

cc: Victoria Gibson

## To Whom It May Concern:

I am writing this letter to corroborate that Ms. Danielle Oliva was present at work on 12/31/07 from 11a.m. until approximately 10:30 p.m. We performed tasks such as customer service and maintenance of the store. Maintenance of the store included tasks such as go-backs and the folding of the sales tables which have been backed up as a result of the holiday season. On several occasions during the holiday season, Ms. Oliva was asked to stay past her scheduled shift to help with miscellaneous work projects.

On the day in question, numerous staff members worked prolonged shifts to process freight due to the lost of a staff member and an upcoming sale beginning on the first day of the New Year which was 1/1/08. Many tasks were performed this night. These tasks included processing freight which had to be completed in order for the new merchandise to be placed in the proper zone in the store as well as move the merchandise that was previously in the zone to another location and rearranging the zone in order for the new merchandise to fit properly and make it shoppable. There was also the chore of price checking the items and organizing marketing so as to know where to place the proper price points for the approaching sale. Due to the condition of the store as well as the completion of these tasks, Ms. Oliva did not leave work until approximately 10:30p.m.

Vincent Bozzi (Supervisor)

*[signature]*

(425) 752-6977