

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*1301 Clay Street, Suite 340S*
*Oakland, California  94612-5217*
*PHONE: (510) 637-3709*
*FAX:(510) 637-3724*

January 24, 2008

Holly Tate, Esq.
Latham & Watkins LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Direct Dial: 415.395.8096
Fax: 415.395.8095

Re:     United States v. Joanne Fountaine, CR 07-00006 SBA

Dear Ms. Tate:

　　　As ordered by Judge Brazil during Ms. Fountaine's last appearance, I list below the names of individuals with whom Ms. Fountaine must not have contact:

　　　TONY D. LOMBARDI
　　　BRANDY M. MINNER
　　　EBONY L. ALLEN
　　　DANIELLE OLIVA
　　　ANTHONY TIMMONS

　　　If you have any questions, please call me directly at (510) 637-3709.

　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　JOSEPH P. RUSSONIELLO
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　KESLIE STEWART
　　　　　　　　　　　　　　　　　　Assistant United States Attorney