PROPOSED ORDER/COVER SHEET

**FILED**

FEB 8 - 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

TO:     Honorable Wayne D. Brazil
        U.S. Magistrate Judge

RE:     Timmons, Anthony

FROM:   Claudette M. Silvera, Chief
        U.S. Pretrial Services Officer

DOCKET NO.:   CR-07-00006-_SBA_

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

_____Hence Williams III_____
**U.S. PRETRIAL SERVICES OFFICER**

_____510 637 3755_____
**TELEPHONE NUMBER**

RE:     MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____4_____ on _____February 12, 2008_____ at _____10:00 a.m._____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding  District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____Wayne D. Brazil_____          _____2/8/08_____
**JUDICIAL OFFICER**                **DATE**

Cover Sheet (12/03/02)

cc: WDB's Stats, Copy to parties via ECF, Pretrial, Financial, Lisa Clark

**To:**     Honorable Wayne D. Brazil
            U.S. Magistrate Judge

**From:**   Hence Williams III
            U.S. Pretrial Services Officer

**Subject:  Timmons, Anthony
            CR-07-00006
            NOTICE OF VIOLATION OF RELEASE
            CONDITIONS**

**Date:**   February 8, 2008



**MEMORANDUM**

---

Your Honor:

The above-captioned individual was released by the Court with supervision by U.S. Pretrial Services including the following special release condition(s):

- ☒ the defendant shall report as directed by U.S. Pretrial Services
- ☒ the defendant shall seek or maintain gainful employment
- ☒ the defendant shall remain in the custody of a third party custodian
- ☒ the defendant shall submit to random drug testing and/or treatment as directed by U.S. Pretrial Services
- ☒ the defendant's travel shall be restricted to
- ☒ the defendant shall comply with a curfew from 8pm to 7am
- ☐ the defendant shall submit to electronic monitoring

## VIOLATION

The defendant has apparently violated the release conditions by:

- ☒ not reporting as directed
- ☐ failing to maintain or secure gainful employment
- ☒ not residing with the third party custodian
- ☒ failed to report for drug testing and/or scheduled treatment
- ☐ traveling outside of the court restricted area without Court permission
- ☒ violating curfew
- ☐ violating the terms of electronic monitoring
- ☐ other:_____

PAGE 2 OF 2
MEMORANDUM TO THE HONORABLE WAYNE D. BRAZIL, U.S. MAGISTRATE JUDGE
RE: Timmons, Anthony                                              CASE #: CR-07-00006

## DETAILS OF ALLEGED VIOLATION

On February 1, 2008, the defendant reported to Pretrial Services after his initial appearance and was drug tested. Mr. Timmons tested presumptively positive for cocaine. Following the test, the defendant admitted the use of cocaine.

On February 4, 2008, Mr. Timmons failed to report to Pretrial Services as directed for a post bail interview.

On February 5, 2008, this officer received a telephone call from Sandrea Blacknell, the defendant's mother and third party custodian, stating the defendant failed to return home on the night of February 4, 2008. Ms. Blacknell stated that the defendant has a serious drug problem and has been using crack cocaine for many years. Ms. Blacknell added that she would like the Court to relieve her as a surety if the defendant is not ordered into an inpatient drug treatment program.

This officer has spoken with defense counsel, Linda Fullerton, and Assistant United States Attorney Keslie Stewart. Both parties agree that residential drug treatment would be appropriate.


**RECOMMENDATION:**   Based upon the alleged violation(s), U.S. Pretrial Services respectfully recommends that the Court:

☐     not take any punitive action at this time

☒     convene a Bail Violation Hearing to discuss this situation

☐     other:_____


Respectfully submitted,

Hence Williams III
U.S. Pretrial Services Officer

Reviewed by

Allen Lew
Supervising U.S. Pretrial Services Officer


cc:    Ms. Kelsie Stewart, AUSA
       Ms. Linda Fullerton, Defense Counsel