**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 4/1/08

CR 07-00006SBA                    JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**JOANNE FOUNTAINE**
**ANTHONY TIMMONS**            Present (X) Not Present ( ) In Custody ( )
    **DEFENDANT(S)**

                                  **HOLLY TATE**
<u>ANDREW HUANG</u>                   <u>LINDA FULLERTON</u>
**U.S. ATTORNEY**                 **ATTORNEY FOR DEFENDANT(S)**

**Deputy Clerk:  Lisa R. Clark**        <u>DIANE SKILLMAN</u>
                                       **Court Reporter**

 Interpreter                      Probation Officer
                    **PROCEEDINGS**

**REASON FOR HEARING:   STATUS - HELD**

**RESULT OF HEARING:   COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 4/29/08**


**JUDGMENT:**


                    **PROCEEDINGS**

**Case Continued to** <u>4/29/08</u> **for** <u>Further Status/Trial Setting/</u> Motion Setting/Evidentiary Hearing @ 9:00 a.m.
**Case Continued to**_____ @ 9:00 a.m. for_____ Motions
**Brief Sched. Motion papers by**_____ **Opposition by**_____ **Reply by**_____
**Case Continued to**_____ for Pretrial Conference at 11:00 a.m.
**Pretrial Papers Due**_____ Motions in limine/objections to evidence due_____
Responses to motions in limine and/or responses to objections to evidence due_____
**Case Continued to**_____ for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.
**Case Continued to**_____ for Judgment & Sentencing as to Count(s)_____ of the (Indictment/Information) @ 10:00 a.m.
**Case Continued to**_____ for Change of Plea @ 11:00 a.m.
**cc:**