**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>**CRIMINAL PRETRIAL MINUTES**</u>

**Date:4/29/08**

**CR 07-00006SBA**                **JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>**

**JOANNE FOUNTAINE**
**ANTHONY TIMMONS**                **Present (x) Not Present ( ) In Custody ( )**
       **DEFENDANT(S)**

                                                **HOLLY TATE**
 <u>**KESLIE STEWART**</u>                        <u>**LINDA FULLERTON**</u>
**U.S. ATTORNEY**                          **ATTORNEY FOR DEFENDANT(S)**

**Deputy Clerk:  Lisa R. Clark**            <u>**STARR WILSON**</u>
                                          **Court Reporter**

_____            _____
 **Interpreter**                          **Probation Officer**
                            **PROCEEDINGS**

**REASON FOR HEARING:  STATUS - HELD** _____

**RESULT OF HEARING:  COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE**
**PREPARATION OF COUNSEL AND MEDICAL CONDITION OF DEFENDANT** _____

_____

_____**JUDGMENT:** _____

_____

                            **PROCEEDINGS**

**Case Continued to** <u> 6/17/08 </u> **for** <u>Further Status/Trial Setting</u>**/ Motion Setting/Evidentiary Hearing @**
**9:00 a.m.**
**Case Continued to**_____**@ 9:00 a.m. for**_____ **Motions**
**Brief Sched. Motion papers by**_____**Opposition by**_____**Reply by**_____
**Case Continued to**_____**for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due**_____**Motions in limine/objections to evidence due** _____
**Responses to motions in limine and/or responses to objections to evidence due**_____
**Case Continued to**_____**for Trial(Court/Jury:**____**Days/weeks) at 8:30 a.m.**
**Case Continued to**_____**for Judgment & Sentencing as to Count(s)** _____**of the**
**(Indictment/Information) @ 10:00 a.m.**
**Case Continued to**_____**for Change of Plea @ 11:00 a.m.**
**cc:**