RECEIVED
UNITED STATES MARSHAL

2008 JUN -4 PM 2: 26

NORTHERN DISTRICT OF
CALIFORNIA - OAKLAND

FILED

JUN 4 - 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

ANTHONY TIMMONS,

    Defendant(s).

No. CR-07-00006-SBA

**ORDER RE: BAIL REVOKED, BOND VACATED AND DEFENDANT REMANDED TO CUSTODY**

Having been advised by Pretrial Services Officer Victoria Gibson that the defendant left Newbridge Drug Treatment Program without prior permission from the Court and after conducting a Bail Review Hearing on June 3, 2008, the Court found the defendant in violation of his pretrial release conditions. The Court entered the following orders:

1. The defendant's bail is REVOKED;

2. The appearance bond issued and filed on February 1, 2008 is EXONERATED;

3. The defendant is REMANDED **forthwith** to the custody of the U.S. Marshal pending his sentencing or further proceedings before District Judge Saundra Brown Armstrong or until further order of this Court. The defendant shall receive credit for time served.

IT IS SO ORDERED.

Dated: 6-4-08

WAYNE D. BRAZIL
United States Magistrate Judge

cc: All parties, WDB's files, Lisa, Financial, Pretrial, 2 certified copies to U.S. Marshal