1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  ANDREW S. HUANG (CABN 193730)
   CHINHAYI J. COLEMAN (CSBN 194542)
5  Assistant United States Attorneys

6   1301 Clay Street, Suite 340S
    Oakland, California 94612
7   Telephone: (510) 637-3680
    Facsimile: (510) 637-3724
8
9  Attorneys for the United States of America

10
                    UNITED STATES DISTRICT COURT
11                 NORTHERN DISTRICT OF CALIFORNIA
                          OAKLAND DIVISION
12
   UNITED STATES OF AMERICA,        )    No.    CR 07-00006 SBA
13                                  )
          Plaintiff,                )    NOTICE SUBSTITUTION OF
14                                  )    ATTORNEYS
       v.                           )
15                                  )
   TONY LOMBARDI, ET AL,            )
16                                  )
          Defendant.                )
17 _____)

18      Please take notice that as of August 12, 2008, the Assistant U.S. Attorneys whose

19 name, address, telephone number and email addresses are listed below was assigned to be

20 counsel for the government.

21
22
23
24
25
26
27
28
   NOTICE OF SUBSTITUTION
   OF ATTORNEYS
   CR-07-00006 SBA

Assistant U.S. Attorney Andrew S. Huang
1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3680
Andrew.Huang@usdoj.gov
Chinhayi.Coleman@usdoj.gov

DATED: August 12, 2008         Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

         /s/
ANDREW S. HUANG
Assistant United States Attorney


         /s/
CHINHAYI J. COLEMAN
Assistant United States Attorney

NOTICE OF SUBSTITUTION
OF ATTORNEYS
CR-07-00006 SBA