| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | ANDREW S. HUANG (CABN 193730)<br>CHINHAYI J. COLEMAN (CSBN 194542) |
| 5 | Assistant United States Attorneys |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612 |
| 7 | Telephone: (510) 637-3680<br>Facsimile: (510) 637-3724 |
| 8 | E-Mail:  andrew.huang@usdoj.gov<br>  chinhayi.j.coleman@usdoj.gov |
| 9 | |
| 10 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00006 SBA |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER TO SET PRETRIAL |
| | ) | DEADLINESDATE FOR SUBMISSION |
| JOANNE FOUNTAINE and | ) | OF PRETRIAL PREPARATION |
| ANTHONY TIMMONS, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION

The parties, by and through undersigned counsel, hereby agree and stipulate as follows:

Trial in the present case is set for October 6, 2008. On August 13, 2008 the parties stipulated that the deadline for submission of pretrial preparation required by the Court be set for September 9, 2008. The parties further stipulated that the deadline for motions in limine and objections to evidence be September 16, 2008, and that the deadline for responses to motions in limine and objections to evidence be September 23, 2008.

The parties are presently engaged in discussions regarding a potential resolution of the case by plea agreements. The parties are very close to reaching a resolution of the case, and are

STIPULATION AND [PROPOSED] ORDER
No. CR 07-00006 SBA

1 | presently in the process of achieving agreement upon key terms and conditions of potential plea
2 | agreements.
3 |     For the foregoing reasons, the parties stipulate and request that the deadline for
4 | submission of pretrial preparation be set for September 12, 2008, not September 9, 2008. The
5 | parties agree that all other dates be set according to the parties' stipulation of August 13 2008,
6 | pending any changes of plea by the defendants.

LATHAM & WATKINS LLP

10 | Dated: September 8, 2008

By _____
ROBERT E. SIMS
HOLLY J. TATE
Attorneys for Defendant
Joanne Fountaine

15 | Dated: September 8, 2008

By _____
LINDA FULLERTON
Attorney for Defendant
Anthony Timmons

JOSEPH P. RUSSONIELLO
United States Attorney

21 | Dated: September 8, 2008

By _____
ANDREW S. HUANG
CHINHAYI J. COLEMAN
Assistant United States Attorneys

STIPULATION AND [PROPOSED] ORDER
No. CR 07-00006 SBA      2

## [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby ORDERS that the deadline for submission of pretrial preparation be SET for September 12, 2008. The Court further ORDERS that the deadline for motions in limine and objections to evidence be SET for September 16, 2008, and that the deadline for responses to motions in limine and objections to evidence be SET for September 23, 2008.

Dated: September \_\_\_\_\_, 2008

_____
Hon. SAUNDRA BROWN ARMSTRONG
United States District Court
Northern District of California

STIPULATION AND [PROPOSED] ORDER
No. CR 07-00006 SBA                 3