1  JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
2
BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ANDREW S. HUANG (CABN 193730)
CHINHAYI J. COLEMAN (CSBN 194542)
5  Assistant United States Attorneys

6    1301 Clay Street, Suite 340S
     Oakland, California 94612
7    Telephone: (510) 637-3680
     Facsimile: (510) 637-3724
8    E-Mail:    andrew.huang@usdoj.gov
                chinhayi.j.coleman@usdoj.gov
9

10  Attorneys for the United States of America

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                   OAKLAND DIVISION

14  UNITED STATES OF AMERICA,          )    No. CR 07-00006 SBA
                                       )
15          Plaintiff,                 )
                                       )
16      v.                             )    STIPULATION AND ORDER TO SET
                                       )    PRETRIAL DEADLINESDATE FOR
17  JOANNE FOUNTAINE and               )    SUBMISSION OF PRETRIAL
    ANTHONY TIMMONS,                   )    PREPARATION
18                                     )
            Defendants.                )
19  _____

20                        **STIPULATION**

21         The parties, by and through undersigned counsel, hereby agree and stipulate as follows:

22         Trial in the present case is set for October 6, 2008.  On August 13, 2008 the parties

23  stipulated that the deadline for submission of pretrial preparation required by the Court be set for

24  September 9, 2008.  The parties further stipulated that the deadline for motions in limine and

25  objections to evidence be September 16, 2008, and that the deadline for responses to motions in

26  limine and objections to evidence be September 23, 2008.

27         The parties are presently engaged in discussions regarding a potential resolution of the

28  case by plea agreements.  The parties are very close to reaching a resolution of the case, and are

STIPULATION AND [PROPOSED] ORDER
No. CR 07-00006 SBA

1  presently in the process of achieving agreement upon key terms and conditions of potential plea

2  agreements.

3       For the foregoing reasons, the parties stipulate and request that the deadline for

4  submission of pretrial preparation be set for September 12, 2008, not September 9, 2008.  The

5  parties agree that all other dates be set according to the parties' stipulation of August 13 2008,

6  pending any changes of plea by the defendants.

7

8                                     LATHAM & WATKINS LLP

9

10  Dated:  September 8, 2008                  By_____/s/_____

                                           ROBERT E. SIMS

11                                        HOLLY J. TATE

12                                        Attorneys for Defendant

                                      Joanne Fountaine

13

14

15  Dated:  September 8, 2008                  By_____/s/_____

                                           LINDA FULLERTON

16                                        Attorney for Defendant

17                                        Anthony Timmons

18

19                                        JOSEPH P. RUSSONIELLO

                                      United States Attorney

20

21  Dated: September 8, 2008                 By_____/s/_____

                                           ANDREW S. HUANG

22                                        CHINHAYI J. COLEMAN

23                                        Assistant United States Attorneys

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
No. CR 07-00006 SBA             2

1

<u>ORDER</u>

2          Based on the reasons provided in the stipulation of the parties above, the Court hereby

3 ORDERS that the deadline for submission of pretrial preparation be SET for September 12,

4 2008.  The Court further ORDERS that the deadline for motions in limine and objections to

5 evidence be SET for September 16, 2008, and that the deadline for responses to motions in

6 limine and objections to evidence be SET for September 23, 2008.

7

8 Dated: September 9, 2008          *Saundra B Armstrong*
                                   _____
9                                  Hon. SAUNDRA BROWN ARMSTRONG
                                   United States District Court
10                                 Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28