# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ANTHONY DWAIN TIMMONS | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-07-00006-SBA 6<br>BOP Case Number: DCAN407CR000006-SBA<br>USM Number:     ANTHONY DWAIN TIMMONS<br>Defendant's Attorney : |

**THE DEFENDANT:**
[**x**]   admitted guilt to violation of condition(s) <u>one, two, three, four, & five of the Probation Form 12.</u> of the term of supervision.
[ ]   was found in violation of condition(s) __ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) __ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: | JUNE 22, 2011<br>Date of Imposition of Judgment |
| Defendant's Date of Birth: | |
| Defendant's USM No.: | *Saundra B Armstrong*<br>Signature of Judicial Officer |
| Defendant's Residence Address: | |
| Defendant's Mailing Address: | Honorable Saundra B. Armstrong, U. S. District Judge<br>Name & Title of Judicial Officer |
| | 6/27/11<br>Date |

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | DEFENDANT TESTED POSITIVE FOR COCAIN | DECEMBER 30, 2010 |
| 2 | DEFENDANT FAILED TO REPORT FOR DRUG TESTING | FEBRUARY 3, 2011 |
| 3 | DEFENDANT FAILED TO APPEAR FOR SCHEDULED APPOINTMENT WITH HIS PROBATION OFFICER | FEBRUARY 15, 2011 |
| 4 | DEFENDANT FAILED TO PAY HIS SPECIAL ASSESSMENT | FEBRUARY 23, 2011 |
| 5 | DEFENDANT FAILED TO NOTIFY PROBATION OF HIS CURRENT ADDRESS | JANUARY 13, 2011 |

| | |
|---|---|
| DEFENDANT: ANTHONY DWAIN TIMMONS | Judgment - Page 3 of 3 |
| CASE NUMBER: CR-07-00006-SBA 6 | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  6 months .

[ ]   The Court makes the following recommendations to the Bureau of Prisons:

[**x**]   The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]   The defendant shall surrender to the United States Marshal for this district.

   [ ] at ___ [] am [] pm on ___.
   [ ] as notified by the United States Marshal.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   [ ] before 2:00 pm on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____

Deputy United States Marshal